# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DICKEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL ONE HEALTH PLANS DIRECT, LLC,<br><br>Defendant. | Case No. 1:18-cv-1399-DAD-BAM<br><br>**PRELIMINARY SCHEDULING ORDER** |

This Court conducted a preliminary scheduling conference on January 30, 2019, in the chambers of United States Magistrate Judge Barbara A. McAuliffe. Plaintiff appeared by telephone by Counsel David Weisberg. Defendants appeared by telephone by Counsel Lisa Angelo.

**A.  Consent To Magistrate Judge**

Pursuant to 28 U.S.C. § 636(c), the parties have not consented to conduct all further proceedings in this case, including trial, before the Honorable Barbara A. McAuliffe, United States Magistrate Judge.

District Court Judges of the Fresno Division of the Eastern District of California now have the heaviest caseload in the nation. As a result, each District Judge schedules multiple trials to begin on each available trial date. Civil cases will "trail" and begin as soon as a courtroom is cleared. The law requires that the Court give any criminal trial priority over civil trials or any other matter. A civil trial set to begin while a criminal trial is proceeding will trail the completion of the criminal trial.

The Court cannot give advance notice of which cases will trail or for how long because the Court does not know which cases actually will go to trial or precisely how long each will last. Once your trial date arrives, counsel, parties and witnesses must remain on 24 hour stand-by until a court opens. Since continuance to a date certain will simply postpone, but not solve, the problem,

1

continuances of any civil trial under these circumstances will no longer be entertained, absent a specific and stated finding of good cause. The Court will use its best efforts to mitigate the effect of the foregoing and to resolve all cases in a timely manner.

One alternative is for the parties to consent to a United States Magistrate Judge conducting all proceedings, including trial and entry of final judgment, pursuant to § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The Eastern District Magistrate Judges, all experienced former trial lawyers, use the same jury pool and same court facilities as United States District Court Judges. Since Magistrate Judges do not conduct felony trials, they have greater flexibility and schedule firm trial dates. Judgment entered by a United States Magistrate Judge is appealable directly to the United States Court of Appeal for the Ninth Circuit.

**B.     Amendment To The Parties' Pleadings**

All stipulated amendments or motions to amend the pleadings shall be filed by **May 17, 2019.**

**C.     Preliminary Class Certification Dates**

After discussion with counsel, the Court **SETS** the following dates for class certification only:

| | | |
|---|---|---|
| 1. | Non-Expert Discovery Cutoff: | July 12, 2019 |
| 2. | Class Certification Motion Filing Deadline: | August 27, 2019 |
| 3. | Class Certification Opposition: | October 28, 2019 |
| 4. | Class Certification Reply: | January 10, 2020 |
| 5. | Class Certification Hearing: | February 4, 2020<br>Time: 9:30 a.m.<br>Dept: 5(DAD) |

The parties are reminded that non-expert discovery, including percipient witness depositions, shall not be conducted during the pendency of the motion for class certification.

IT IS SO ORDERED.

Dated:  **January 31, 2019**             /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE