# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DICKEY, an individual, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>VITAL ONE HEALTH PLANS DIRECT, LLC, a Florida Limited Liability Company; and DOE INDIVIDUALS, inclusive, and each of them,<br>      Defendant. | Case No.: 1:18-cv-01399-DAD-BAM<br><br>ORDER GRANTING STIPULATION TO CONTINUE DATES |

    The Court has reviewed the Stipulation of Plaintiff Dawn Dickey ("Plaintiff") and Defendant Vital One Health Plans Direct, LLC ("Defendant"), to modify certain deadlines set forth in the Court's Scheduling Order.

    Pursuant to the Stipulation between the parties and for good cause, the Court orders that its January 31, 2019 Scheduling Order is modified as follows:

{00118707;1}

1

ORDER GRANTING STIPULATION
TO CONTINUE DATES
Case No.: 1:18-cv-01399-DAD-BAM

Non-Expert Discovery Cutoff is continued from July 12, 2019 to October 25, 2019.

Class Certification Motion Filing Deadline is continued from August 27, 2019 to November 22, 2019.

Class Certification Opposition is continued from October 28, 2019 to December 20, 2019.

IT IS SO ORDERED.

Dated: **July 16, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE