## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DAWN DICKEY,**

CASE NO: **1:18–CV–01399–DAD–BAM**

v.

**VITAL ONE HEALTH PLANS DIRECT, LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/4/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **March 4, 2020**

by: /s/ C. Marrujo
Deputy Clerk